IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

Dated: December 08, 2009



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22787/1328022039

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Christopher Thomas<br>　　　　Debtors.<br>_____<br>Mortgage Electronic Registrations Systems as nominee for America's Servicing Company<br>　　　　Movant,<br>　vs.<br><br>Christopher Thomas, Debtors; Edward J. Maney, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-12542-RJH<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 30) |

　　　This matter having come before the Court for a Preliminary Hearing on December 2, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Gary R. Stickell, and good cause appearing,

　　　**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated September 1, 2005, and recorded on September 8, 2005, in the office of the Maricopa County Recorder at Instrument No. 20051318634 wherein Mortgage Electronic Registrations Systems as nominee for America's Servicing Company is the current beneficiary and Christopher Thomas has an interest in, further described as:

    Lot 82, of Invemess Valley, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 434 of Maps, Page 24.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

                                                _____
                                          JUDGE OF THE U.S. BANKRUPTCY COURT